IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Mary Mineer, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:13cv452 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on July 1, 2014 (Doc. 23), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 18, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is AFFIRMED and this matter is hereby TERMINATED on the Court's docket.

IT IS SO ORDERED.

                                                                                        s/Susan J. Dlott
                                                                                  Chief Judge Susan J. Dlott
                                                                                  United States District Court